UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY MALDONADO,

                Plaintiff,

v.                                                                                          <u>ORDER</u>

WESTCHESTER COUNTY, et al.,                               18-cv-11410 (PMH)

                Defendants.
------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      This matter has recently been reassigned to me. As there has been no substantive activity on this docket since August 23, 2019, the parties are directed to submit a joint letter to the Court via ECF concerning the status of this action by May 15, 2020. Defendants are directed to mail a copy of this Order to Plaintiff at the address listed on the docket and file proof of service on the docket.

                                      **SO ORDERED.**

Dated: New York, New York
          April 29, 2020

                                      _____
                                      Philip M. Halpern
                                      United States District Judge