**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANTHONY MALDONADO,

                      Plaintiff,

     -against-                                 18 **CIVIL** 11410 (PMH)

                                                      **JUDGMENT**

WESTCHESTER COUNTY, et al.,

                      Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 2, 2021, Defendants' motion to dismiss is GRANTED. While "[d]istrict courts should frequently provide leave to amend before dismissing a pro se complaint...leave to amend is not necessary when it would be futile." Reed v. Friedman Mgt. Corp., 541 F.App'x 40, 41 (2d Cir. 2013) (citing Cuoco v. Moritsugu, 222 F.3d 99, 112 (2d Cir. 2000)). Plaintiff's Complaint is dismissed with prejudice as any amendment would be futile; accordingly, this case is closed.

**Dated:** New York, New York

       February 2, 2021

                                                            **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                               **BY:**   *K. Mango*

                                                            **Deputy Clerk**